**Arthur M. GARCIA, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7396.**

United States Court of Appeals, Federal Circuit.

Feb. 6, 2003.

ON MOTION

*ORDER*

Upon consideration of Arthur M. Garcia's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**James M. WALLACE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 03–3087.**

United States Court of Appeals, Federal Circuit.

Feb. 10, 2003.

ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.